UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u> DISTRICT OF <u>DISTRICT</u>

In re: ROBERT MACK BERMAN § Case No. 09-05291
§
§
§
Debtors §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ALLAN J. DeMARS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $7,301.28 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance of* | $7,301.28 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                   *Proposed Payment*

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee ALLAN J. DeMARS | $1,480.13 | $17.20 |
| Attorney for trustee ALLAN J. DeMARS | $1,190.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

UST Form 101-7-NFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | _____ | _____ |
| *Attorney for* _____ | _____ | _____ |
| *Accountant for* _____ | _____ | _____ |
| *Appraiser for* _____ | _____ | _____ |
| *Other* _____ | _____ | _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| NONE | | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (4/1/2009)

Timely claims of general (unsecured) creditors totaling $93,003.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA | $22,662.13 | $1,124.28 |
| 2 | Advanta Bank Corp. | $11,002.58 | $545.85 |
| 3 | Chase Bank USA NA | $16,984.00 | $842.59 |
| 4 | Chase Bank USA NA | $25,284.33 | $1,254.37 |
| 5 | PRA Receivables Management LLC, as agent of Portfolio Recovery Assoc. | $14,151.59 | $702.07 |
| 6 | FIA Card Services as successor to Bank of America and MBNA | $2,918.42 | $144.79 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street - 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 9/24/09 in Courtroom 682, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 8/13/09    By:/s/ Allan J. DeMars
                    Trustee

*Trustee's Name:*
Allan J. DeMars

*Address:*
100 W. Monroe - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 1                  Date Rcvd: Aug 14, 2009
Case: 09-05291                 Form ID: pdf006              Total Noticed: 24
```

The following entities were noticed by first class mail on Aug 16, 2009.
```
db           +Robert Mack Berman,    616 Deer Run Drive,    Palatine, IL 60067-8627
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13544572      Advanta,    PO Box 30715,    Salt Lake City,UT 84130-0715
13809016      Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13547405     +Bank of America,    PO Box 15026,    Wilmington,DE 19850-5026
13547406     +Blatt & Hassenmiller,    125 South Wacker,    Chicago,IL 60606-4424
13547407     +Blitt & Gaines PC,    661 Glenn Av,    Wheeling,IL 60090-6017
13802427     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13547408      Capital One,    PO Box 30285,    Salt lake City,UT 84130-0285
13784674     +Chase,    Pob 9001871,    Louisville, KY 40290-1871
13547409      Chase,    Cardmember Service,    PO Box 15153,    Wilmington,DE 19886-5153
13838308      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13547410      Citibank,    Citi Cards,    PO Box 6077,    Sioux Falls,SD 57117-6077
13547411     +Collectcorp,    PO Box 101928,    Dept 4947a,    Birmingham,AL 35210-6928
13547412     +Cornerstone Colonial,    1622 Colonial Parkway,    Inverness,IL 60067-4795
14035592      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13547413     +HSBC,    PO Box 80084,    Salinas,CA 93912-0084
13547414     +Mann Bracken LLC,    2727 Paces Ferry Road,    Atkanta,GA 30339-1838
14000783     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Gm Flexible Earnings,    POB 41067,    NORFOLK VA 23541-1067
13547415     +Pallisades Collection,    PO Box 1274,    Englewood Cliffs,NJ 07632-0274
13547416     +Phillips & Cohen,    PO Box 48458,    Oak Park,MI 48237-6058
13547417     +United Collection Bureau,    5620 Southwyck Blvd,    Suite 206,    Toledo,OH 43614-1501
13784675     +Wells Fargo Home Mortgage,    POb 10335,    Des Moines, IA 50306-0335
```
The following entities were noticed by electronic transmission on Aug 15, 2009.
```
aty          +E-mail/Text: DANATLAW@AOL.COM                          Daniel K Robin,   Daniel K Robin Ltd,
               121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**         **Signature:** *Joseph Speetjens*