UNITED STATES BANKRUPTCY COURT
<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: ROBERT MACK BERMAN § Case No. 09-05291
§ HON. JACK B. SCHMETTERER
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

<u>ALLAN J. DeMARS</u>, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $165,402.00 | Assets Exempt: | $21,600.00 |
| Total Distributions to Claimants: | $4,615.69 | Claims Discharged Without Payment: | $145,267.35 |
| Total Expenses of Administration: | $2,687.32 | | |

3) Total gross receipts of <u>$7,303.02</u> (see **Exhibit 1**), minus funds paid to the debtor and third parties of <u>$0.00</u> (see **Exhibit 2**), yielded net receipts of <u>$7,303.02</u> from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $148,272.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,687.32 | $2,687.32 | $2,687.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $148,542.00 | $93,003.05 | $93,005.05 | $4,615.69 |
| **TOTAL DISBURSEMENTS** | $296,814.00 | $95,690.37 | $95,690.37 | $7,303.02 |

4) This case was originally filed under chapter 7 on 02/19/2009.
The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate *property record and report showing the final* accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.



# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax refund | 1124-000 | $1,700.00 |
| interest in vehicle | 1129-000 | $5,600.00 |
| interest on invested funds | 1270-000 | $3.02 |
| **TOTAL GROSS RECEIPTS** | | **$7,303.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase | 4100-000 | $14,066.00 | $0.00 | $0.00 | $0.00 |
| Wells Wells Fargo Home Mtge. | 4100-000 | $134,206.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$148,272.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,480.13 | $1,480.13 | $1,480.13 |
| Allan J. DeMars | 2200-000 | N/A | $17.20 | $17.20 | $17.20 |
| Allan J. DeMars | 3110-000 | N/A | $1,190.00 | $1,190.00 | $1,190.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,687.33 | $2,687.33 | $2,687.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advanta | 7100-900 | $10,000.00 | $11,002.58 | $11,002.58 | $2,944.93 |
| FIA Card Services successor to Bank of America | 7100-900 | $3,000.00 | $2,918.42 | $2,918.42 | $144.84 |
| Cornerstone Colonial Investments | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| Citibank | 7100-900 | $27,000.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRA Receivables for Portfolio Recovery (HSBC) | 7100-900 | $14,000.00 | $14,151.59 | $14,151.59 | $702.33 |
| Capital One | 7100-900 | $5,680.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank | 7100-900 | $25,000.00 | $25,284.33 | $25,284.33 | $1,254.85 |
| Chase Bank | 7100-900 | $18,200.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank | 7100-900 | $17,000.00 | $16,984.00 | $16,984.00 | $842.91 |
| Chase Bank | 7100-900 | $22,662.00 | $22,662.13 | $22,662.13 | $1,124.71 |
| | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $148,542.00 | $93,003.05 | $93,003.05 | $4,615.69 |

EXHIBIT A@ FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 09-5291                                                                                                    Trustee Name: Allan J. DeMars

Case Name: ROBERT MACK BERMAN                                                            Date Filed (f) or Converted (c): 2/19/09(F)

For Period Ending: 12/31/09                                                                         §341(a) Meeting Date: 3/31/09

                                                                                                                          Claims Bar Date: 7/2/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | condo located at 616 Deer Run Drive Palatine, IL | 178,500.00 | 0.00 | DA | | FA |
| 1 | cash | 200.00 | 0.00 | DA | | FA |
| 2 | checking account at American Chartered | 200.00 | 0.00 | DA | | FA |
| 3 | checking account at Midwest Bank | 200.00 | 0.00 | DA | | FA |
| 4 | furniture | 700.00 | 0.00 | DA | | FA |
| 5 | artwork | 500.00 | 0.00 | DA | | FA |
| 6 | clothing | 200.00 | 0.00 | DA | | FA |
| 7 | personal jewelry | 300.00 | 0.00 | DA | | FA |
| 8 | stock in Medcoa Professional Services | 1.00 | 0.00 | DA | | FA |
| 9 | tax refund | 5,001.00 | 1,700.00 | | 1,700.00 | FA |
| 10 | 2004 Honda Odyssey | 8,500.00 | 5,600.00 | | 5,600.00 | FA |
| 11 | interest on invested funds | | | | 3.02 | |

TOTALS (Excluding unknown values)                                                 7,300.00                                                7,303.02

(Total Dollar Amount in Column 6)

Initial Projected Date of Final Report (TFR): 7/09                    Current Projected Date of Final Report (TFR): 7/10/09

EXHIBIT "A" - FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09 B 5291  
Case Name: ROBERT MACK BERMAN  
Taxpayer ID#: 26-6886787  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 555 3812  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/27/09 | Ref 10,11 | from Debtor | tax refund turn over right, title and interest in vehicle | 1124-000<br>1129-000 | 1,700.00<br>5,600.00 | | 7,300.00 |
| 4/30/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.06 | | 7,300.06 |
| 5/31/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.62 | | 7,300.68 |
| 6/30/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.60 | | 7,301.28 |
| 7/31/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.62 | | 7,301.90 |
| 8/31/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.62 | | 7,302.52 |
| 9/16/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.50 | | 7,303.02 |
| 9/24/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,480.13 | 5,822.89 |
| 9/24/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 17.20 | 5,805.69 |
| 9/24/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,190.00 | 4,615.69 |
| 9/24/09 | Check 1004 | Chase Bank USA | 726(a)(2); 4.96294% | 7100-900 | | 1,124.71 | 3,490.98 |
| 9/24/09 | Check 1005 | Advanta Bank Corp. | 726(a)(2); 4.96294% | 7100-900 | | 546.05 | 2,944.93 |
| 9/24/09 | Check 1006 | Chase Bank USA NA | 726(a)(2); 4.96294% | 7100-900 | | 842.91 | 2,102.02 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/24/09 | Check 1007 | Chase Bank USA NA | 726(a)(2); 4.96294% | 7100-900 | | 1,254.85 | 847.17 |
| 9/24/09 | Check 1008 | PRA Receivables Management LLC, as agent of Portfolio Recovery Assoc. | 726(a)(2); 4.96294% | 7100-900 | | 702.33 | 144.84 |
| 9/24/09 | Check 1009 | FIA Card Services as successor to Bank of America and MBNA | 726(a)(2); 4.96294% | 7100-900 | | 144.84 | 0.00 |
| 11/18/09 | Check 1008 | PRA Receivables Management LLC, as agent of Portfolio Recovery Assoc. | stop payment; check never received | 7100-900 | | (702.33) | 702.33 |
| 11/18/09 | Check 1010 | FIA Card Services as successor to Bank of America and MBNA | replacement of check 1008 | | | 702.33 | 0.00 |

```
                                   COLUMN TOTALS
               Less: Bank transfers/CD      7,303.02     7,303.02       0.00
                Subtotal
               Less: Payments to debtor(s)
               Net                          7,303.02     7,303.02       0.00

                                                            NET
TOTAL - ALL ACCOUNTS               NET  DEPOSITS     DISBURSEMENTS     BALANCES
Checking#
Money Market # 375 555 3812             7,303.02         7,303.02         0.00
Savings #
CD #CDI
Net                                     7,303.02         7,303.02         0.00
```